**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SHANNON JENKINS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RADIUS GLOBAL INFRASTRUCTURE, INC., WILLIAM H. BERKMAN, MICHAEL D. FASCITELLI, NOAM GOTTESMAN, WILLIAM D. RAHM, PAUL A. GOULD, ANTOINETTE COOK BUSH, THOMAS C. KING, NICK S. ADVANI, and ASHLEY LEEDS,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-03657-ALC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Shannon Jenkins ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: April 17, 2024

Respectfully Submitted,

/s/ *Richard A. Acocelli*
Richard A. Acocelli
**ACOCELLI LAW, PLLC**
33 Flying Point Road, Suite 131
Southampton, NY 11968
Tel: (631) 204-6187
Email: racocelli@acocellilaw.com

*Attorneys for Plaintiff*